René P. Tatro (SBN 078383)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK LLP
6600 W. Sunset Blvd., Suite 304
Los Angeles, CA  90028
Telephone:    (213) 225-7171
Facsimile:     (213) 225-7151
E-mail:         rtatro@ttsmlaw.com
                    jmarkowitz@ttsmlaw.com

Attorneys for Defendants Pharmavite LLC
and Nature Made Nutritional Products

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIA NOGUEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PHARMAVITE LLC d/b/a NATURE MADE;<br><br>　　　　　　　Defendant. | Case No. 3:25-cv-03529-AMO<br><br>**STIPULATION CONTINUING DEADLINE TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>**[L.R. 6-1(a)]**<br><br>Hon. Araceli Martinez-Olguin |

WHEREAS, pursuant to the Waiver of Service executed by defendant Pharmavite LLC ("Pharmavite") (Dkt. 11), Pharmavite's response of to the Class Action Complaint ("Class Action Complaint") of plaintiff Rosalia Noguez ("Plaintiff") in this action is due on July 28, 2025;

WHEREAS Pharmavite intends to file a motion to dismiss the Class Action Complaint;

WHEREAS counsel for the parties are also counsel of record in another putative class action filed by a different plaintiff against Pharmavite in the U.S. District Court for the Southern District of California, in which Pharmavite's response to the complaint is due at almost the same time, and in which action Pharmavite also intends to file a motion to dismiss;

WHEREAS Pharmavite has requested of Plaintiff an additional two weeks to respond to the Class Action Complaint in this action so counsel are not briefing two motions to dismiss at almost exactly the same time with almost exactly the same schedule, which request Plaintiff has agreed to;

NOW THEREFORE, Plaintiff and Pharmavite agree, in accordance with Local Rule 6-1(a) of the Local Rules of the U.S. District Court for the Northern District of California, that Pharmavite may have a two-week extension of time, *i.e.*, until August 11, 2025, to respond to the Class Action Complaint.

This stipulation is without prejudice to any rights or remedies available to any party and shall not be used against any party for any purpose in these proceedings.

Dated: July 23, 2025    TATRO TEKOSKY SADWICK LLP

By:    /s/ *René P. Tatro*
    René P. Tatro, Esq.
    Juliet A. Markowitz, Esq.
    Attorneys for Defendant Pharmavite LLC

Dated: July 23, 2025    BURSOR & FISHER, P.A.

By:    /s/ *Ines Diaz Villafana*
    L. Timothy Fisher, Esq.
    Ines Diaz Villafana, Esq.
    Karen B. Valenzuela, Esq.
    Attorneys for Plaintiff Noguez

<u>SIGNATURE CERTIFICATION</u>

Pursuant to Local Rule 5-1(i)(3) of the Local Rules of the U.S. District Court for the Northern District of California, I certify that all signatories concur in the content of this document and have authorized the filing of this document.

Dated: July 23, 2025                    TATRO TEKOSKY SADWICK LLP

By: <u>  /s/ *René P. Tatro*              </u>
    René P. Tatro, Esq.
    Juliet A. Markowitz, Esq.
    Attorneys for Defendant Pharmavite LLC

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2025, I electronically filed **STIPULATION CONTINUING DEADLINE TO RESPOND TO CLASS ACTION COMPLAINT** with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following**:**

L. Timothy Fisher ( ltfisher@bursor.com )
Ines Diaz Villafana (idiaz@bursor.com)
Karen B. Valenzuela (kvalenzuela@bursor.com)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

                                         /s/ *Karen L. Roberts*
                                         Karen L. Roberts