René P. Tatro (SBN 078383)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK LLP
6600 W. Sunset Blvd., Suite 304
Los Angeles, CA  90028
Telephone:     (213) 225-7171
Facsimile:      (213) 225-7151
E-mail:          rtatro@ttsmlaw.com
                    jmarkowitz@ttsmlaw.com

Attorneys for Defendants Pharmavite LLC
and Nature Made Nutritional Products

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIA NOGUEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PHARMAVITE LLC d/b/a NATURE MADE;<br><br>　　　　　　　　　　Defendant. | Case No. 3:25-cv-03529-AMO<br><br>**STIPULATION CONTINUING DEADLINE TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**[L.R. 6-1(a)]**<br><br>Hon. Araceli Martinez-Olguin |

WHEREAS, on August 11, 2025, defendant Pharmavite LLC ("Pharmavite") filed a motion to dismiss the Class Action Complaint (Dkt. 16);

WHEREAS, on September 2, 2025, plaintiff Rosalia Noguez ("Plaintiff") filed a First Amended Class Action Complaint ("FAC") (Dkt. 20), the response to which is due on September 19, 2025;

WHEREAS Pharmavite intends to file a motion to dismiss the FAC and has requested an extension until October 6, 2025 to do so, which request Plaintiff has agreed to;

NOW THEREFORE, Plaintiff and Pharmavite agree, in accordance with Local Rule 6-1(a) of the Local Rules of the U.S. District Court for the Northern District of California, that Pharmavite may have a 2.5-week extension of time, *i.e.*, until October 6, 2025, to respond to the FAC.

This stipulation is without prejudice to any rights or remedies available to any party and shall not be used against any party for any purpose in these proceedings.

Dated:  September 17, 2025                    TATRO TEKOSKY SADWICK LLP

                                              By:    */s/ René P. Tatro*
                                                     René P. Tatro, Esq.
                                                     Juliet A. Markowitz, Esq.
                                                     Attorneys for Defendant Pharmavite LLC

Dated:  September 17, 2025                    BURSOR & FISHER, P.A.

                                              By:    */s/ I. Timothy Fisher*
                                                     L. Timothy Fisher, Esq.
                                                     Ines Diaz Villafana, Esq.
                                                     Karen B. Valenzuela, Esq.
                                                     Attorneys for Plaintiff Noguez

<u>SIGNATURE CERTIFICATION</u>

Pursuant to Local Rule 5-1(i)(3) of the Local Rules of the U.S. District Court for the Northern District of California, I certify that all signatories concur in the content of this document and have authorized the filing of this document.

Dated: September 17, 2025                TATRO TEKOSKY SADWICK LLP

By:     /s/ *René P. Tatro*
       René P. Tatro, Esq.
       Juliet A. Markowitz, Esq.
       Attorneys for Defendant Pharmavite LLC

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2025, I electronically filed

**STIPULATION CONTINUING DEADLINE TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following**:**


L. Timothy Fisher ( ltfisher@bursor.com )
Ines Diaz Villafana (idiaz@bursor.com)
Karen B. Valenzuela (kvalenzuela@bursor.com)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

                                                /s/ *Karen L. Roberts*
                                                Karen L. Roberts