**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Ines Diaz Villafana (State Bar No. 354099)
Karen B. Valenzuela (State Bar No. 357231)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
          idiaz@bursor.com
          kvalenzuela@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIA NOGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHARMAVITE LLC d/b/a NATURE MADE,<br><br>Defendant. | Case No. 3:25-cv-03529-AMO<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Araceli Martínez-Olguín |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rosalia Noguez
2  ("Plaintiff") hereby voluntarily dismisses her claim *with* prejudice against Defendant Pharmavite
3  LLC d/b/a Nature Made.  Each party shall bear its own costs.

5  Dated: October 23, 2025             **BURSOR & FISHER, P.A**.

                                       By:    */s/ L. Timothy Fisher*
                                              L. Timothy Fisher

                                       L. Timothy Fisher (State Bar No. 191626)
                                       Ines Diaz Villafana (State Bar No. 354099)
                                       Karen B. Valenzuela (State Bar No. 357231)
                                       1990 North California Blvd., 9th Floor
                                       Walnut Creek, CA 94596
                                       Telephone: (925) 300-4455
                                       Facsimile: (925) 407-2700
                                       E-mail: ltfisher@bursor.com
                                               idiaz@bursor.com
                                               kvalenzuela@bursor.com

                                       *Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE                                          1
CASE NO. 3:25-CV-03529-AMO